**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6372**

_____

NESTOR LEON,

        Petitioner - Appellant,

     v.

WARDEN,

        Respondent - Appellee.

_____

**No. 23-6373**

_____

NESTOR LEON,

        Petitioner - Appellant,

     v.

WARDEN,

        Respondent - Appellee.

_____

Appeals from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:22-cv-00283-JPB-JPM; 5:22-cv-00243-JPB-JPM)

_____

Submitted:  August 29, 2023                    Decided:  September 1, 2023

_____

Before KING, AGEE, and BENJAMIN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Nestor Leon, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nestor Leon appeals the district court's orders dismissing his 28 U.S.C. § 2241 petitions for failure to pay the initial filing fees without prejudice.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Leon v. Warden*, Nos. 5:22-cv-00283-JPB-JPM; 5:22-cv-00243-JPB-JPM (N.D.W. Va. Feb. 27, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*